1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  WILLIE WEAVER,                    )
                                      )      No. C 07-02877 JW (PR)
12              Plaintiff,            )
                                      )      JUDGMENT
13       vs.                          )
                                      )
14  RICH CREEK,                       )
                                      )
15              Defendant.            )
                                      )
16  _____

17

18          For the reasons stated on the order of dismissal, the complaint is DISMISSED

19  for failure to state a claim upon which relief may be granted.  See 28 U.S.C. §

20  1915A.  Judgment is entered accordingly.

21          The clerk shall close the file.

22

23  DATED:        July 25, 2007          _____
                                         JAMES WARE
24                                       United States District Judge

25

26

27

28  Judgment
    N:\Pro - Se\7.27.2007\07-02877 Weaver2877_judgment.wpd

**United States District Court**
For the Northern District of California