**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RICK CREEK,<br><br>　　　　Defendant. | No. C 07-02877 JW (PR)<br><br>ORDER DENYING MOTION TO VACATE JUDGMENT; ADDRESSING OTHER MOTIONS<br><br>(Docket Nos. 6 & 7) |

　　　　Plaintiff's motion to vacate judgment (Docket No. 6) pursuant to Rule 59(e) of the Federal Rules of Civil Procedure is DENIED. The motion was untimely having been filed beyond the ten days provided. See Fed. R. Civ. P. 59(e). Furthermore, although plaintiff states that the motion is based on "the papers and files in this matter and the memorandum of law attached hereto," he failed to attach such a memorandum to the motion.

　　　　Plaintiff's motion for an injunction order to show cause and temporary restraining order (Docket No. 7) is DENIED as moot. The case is closed and judgment has been entered.

　　　　This order terminates Docket Nos 6 and 7.

DATED: January 7, 2008

　　　　　　　　　　　　　　　　　　　/s/ James Ware
　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　United States District Judge

Order Denying Motion to Vacate Judgment; Addressing Other Motions
P:\PRO-SE\SJ.JW\CR.07\Weaver02877_recon.wpd