03/01/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
　　　　PLAINTIFF,

VS.

PELICAN BAY STATE PRISON,

　　　　DEFENDANT

CASE NO. CV-07-02877 JW (PR)

NOTICE OF APPEAL

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER TERMINATION ENTERED IN THIS ACTION JAN 7, 2008.

RESPECTIBLE SUBMITTED
　Willie Weaver
　SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING BE TRUE AND CORRECT,

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
            PLAINTIFF;
    VS.                                    CASE NO. CV-07-02877

PELICAN BAY STATE

PRISON                       / PROOF OF SERVICE
        DEFENDANT'S

I HEREBY CERTIFY THAT ON: 03/01/08 I SERVED A COPY OF THE ATTACHED THREE EXACT MOTION

NOTICE OF APPEAL

BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S), HERE IN AFTER LISTED. BY DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

_Willie Weaver_
SIGNATURE