WILLIE WEAVER
J.91389 B.2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY
P.S.U. UNIT B-2

CONFIDENTIAL
LEGAL MAIL

9411134803 C011

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

RECEIVED
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT CT.
NORTHERN DISTRICT OF CALIFORNIA

02 1M
0004217666   MAR 03
MAILED FROM ZIP CODE

CASE NO. CV-07-028
JW (PR)
IN THE UNITED STA
DISTRICT COURT FO
THE NORTHERN DIS
OF CALIFORNIA 45
GOLDEN GATE AV
SAN FRANCISCO, CA. 9