**LODGED**

MAR 2 5 2008

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

March 21, 2008

**CASE INFORMATION:**
Short Case Title: <u>WILLIE WEAVER</u>-v-<u>RICH CREEK</u>
Court of Appeals No. ~~(leave blank if a unassigned)~~   08-80097
U.S. District Court, Division & Judge Name: San Jose Division, Judge James Ware
Criminal and/or Civil Case No.: <u>CV 07-02877 JW</u>
Date Complaint/Indictment/Petition Filed: 6/4/07
Date Appealed order/judgment *entered* 1/18/08
Date NOA *filed* 3/7/08
Date(s) of Indictment   Plea Hearing   Sentencing

RECEIVED
APR 10 2008

COA Status (check one):   ☐ granted in full (attach order)       ☐ denied in full (send record)
                          ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: 3/21/08
Date FP granted:                         Date FP denied:
Is FP pending? ☐ yes ☐ no                      Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                    Appellee Counsel:

Willie Eugene Weaver
J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000
PRO SE

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                         Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>